UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | Case No. 2:17-cr-00104-RFB |
| vs. ) | |
| MARK ALAN STONEKING, ) | ORDER TEMPORARILY UNSEALING |
|     Defendants. ) | TRANSCRIPT |

On June 28, 2017, Patricia L. Ganci, Official Court Reporter, received a Transcript Order form Richard Anthony Lopez, counsel for the Government, requesting a transcript of the sealed hearing June 9, 2017, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 2nd day of August 2017.

_____
RICHARD F. BOULWARE, II,
U.S. District Court Judge